IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-06-00030-CV

 

In
the Interest of H.M.T. and A.R.T., Children,

 

 



From the 52nd District
Court

Coryell County, Texas

Trial Court No. 36015

 



MEMORANDUM  Opinion



 

The Clerk of this Court notified the
parties in a March 17, 2006 letter that the appellant’s brief was overdue in
this cause and that the appeal may be dismissed if an appropriate response was
not filed within ten days.  No response has been received. 
Accordingly, the appeal is dismissed for want of prosecution.  See Tex. R. App. P. 38.8(a)(1), 42.3(b).

PER CURIAM

 

Before
Chief Justice Gray,

Justice Vance, and

Justice Reyna

            (Chief
Justice Gray dissenting)

Appeal
dismissed

Opinion
delivered and filed June 7, 2006

[CV06]






thout prejudice.  Id.

 

FELIPE REYNA

Justice

Before Justice
Reyna, 

Justice
Davis, and

Judge
Harrison[1]

Petition denied

Opinion
delivered and filed October 6, 2010

[OT06]









[1]
              The Honorable Glen N. Harrison, Judge of the 32nd District Court of Nolan
County, sitting by
assignment of the Chief Justice of the Supreme Court of Texas pursuant to
section 74.003(h) of the Government Code.  See Tex. Gov’t Code Ann. § 74.003(h) (Vernon 2005).